```
     d9i2beac
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
3    BEAUTIFUL HOME TEXTILES (USA),
     INC., et al.,
4
                    Plaintiffs,            New York, N.Y.
5
              v.                           13 Civ. 1725
6
     BURLINGTON COAT FACTORY
7    WAREHOUSE CORPORATION,
8               Defendant.
9    ------------------------------x
                                           September 18, 2013
10                                         12:10 p.m.
11
     Before:
12
                    HON. LORNA G. SCHOFIELD,
13
                                           District Judge
14
15
                         APPEARANCES
16                      (via telephone)
17
18   RICHARD PU, P.C.
          Attorneys for Plaintiffs
19   BY:  RICHARD PU
20
     LAZARUS & LAZARUS, P.C.
21        Attorneys for Defendant
     BY:  HARLAN M. LAZARUS
22
23
24
25
```