```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEAUTIFUL HOME TEXTILES (USA), INC.,   :
ET AL.,                                :
                         Plaintiffs,   :
                                       :           13 Civ. 1725(LGS)
          -against-                    :
                                       :                ORDER
BURLINGTON COAT FACTORY                :
WAREHOUSE CORPORATION,                 :
                         Defendant,    :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

      On January 20 and 21, 2015, the parties submitted numerous letters concerning the parties' stipulated facts and proposed jury charges.

      As the Court previously ruled at the conference held on January 14, 2015, the parties shall not include any excerpts from deposition transcripts in their stipulation. The parties shall instead stipulate to facts from the deposition transcripts and include paraphrased versions of such facts in their stipulation. If they cannot agree on the identification or paraphrasing of such facts, then the facts shall be omitted from the stipulation. The parties may, consistent with the rules of evidence, examine witnesses as to facts stated in their prior testimonies. To the extent that the witness denies these facts, the parties may impeach the witness with the witness' prior sworn statement.

      The parties are advised that all comments and proposals regarding the jury charge on damages will be addressed during the final charging conference, to be held during the week of the trial. The Court will distribute a proposed final charge during trial, which will be discussed at the charging conference.

The parties are further advised that they should refrain from filing submissions until they have diligently pursued a resolution without the Court's intervention.

SO ORDERED.

Dated: January 21, 2015
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**